IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

JEFFREY CLAYTON BONNEY,

      Appellant,

v.

Case No.    5D21-2189
LT Case No. 2019-CF-1146

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed October 11, 2022

Appeal from the Circuit Court
for Citrus County,
Richard A. Howard, Judge.

J. Michael Blackstone, of J. Michael
Blackstone, P.A., Crystal River, for Appellant.

Ashley Moody, Attorney General, Tallahassee,
Deborah A. Chance and Pamela J. Koller,
Assistant Attorney Generals, Daytona Beach,
for Appellee.

PER CURIAM.

     AFFIRMED.

EVANDER, WALLIS and HARRIS, JJ., concur.